```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
SGD PHARMA PACKAGING, INC.,                                          :
                                                                     :
                                    Plaintiff,                       :    1:25-cv-5869-GHW
                                                                     :
                 -v-                                                 :    ORDER
                                                                     :
NADIR LEHMEUR,                                                       :
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 17, 2025, the parties in this case filed a joint motion for a protective order. Dkt. No. 31. For the reasons that follow, the Court denies the parties' joint motion without prejudice.

Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases specifies that the parties must either certify that their proposed order does not deviate from the Court's Model Protective Order or provide a blackline showing any changes.

The Court expects that any future joint motion for a protective order will fully comply with the Court's Individual Rules.

SO ORDERED.

Dated: November 17, 2025
       New York, New York                          _____
                                                           GREGORY H. WOODS
                                                         United States District Judge