

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZᐃ
SAMUEL J. SALINGER

**Menken Simpson & Rozger LLP**

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

ᐃALSO ADMITTED
IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

## MEMORANDUM ENDORSED

December 4, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/05/2025

**By ECF**

U.S. District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SGD Pharma Packaging, Inc. v. Nadir Lahmeur*, No. 25 Civ. 5869 (GHW)
Joint Request for Extension of Time

Dear Judge Woods:

I write jointly with Plaintiff pursuant to Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases to request an extension of time to file the following documents, both of which are currently due on December 8, 2025: (i) Plaintiff's motion for an anti-suit injunction (*see* ECF 35), and (ii) Defendant's response to the amended complaint (ECF 36). The parties request to file these documents on or before December 15, 2025. With regard to Plaintiff's motion, the parties request that Defendant's response time be due on January 15, 2026, with Plaintiff's reply due two weeks after that.

The parties request the additional time due to other deadlines that have come up over the past few weeks, and because the parties are also engaged in ongoing settlement discussions which, if successful, would eliminate the parties' need to file these motions. This is the first request for an extension of time concerning these filings. As this is a joint request, all parties consent to the request.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Scott Simpson

Application granted. Plaintiff's motion for an anti-suit injunction and Defendant's response to the amended complaint must be filed no later than December 15, 2025. Defendant's deadline to respond to Plaintiff's motion is extended to January 15, 2026. Plaintiff's reply, if any, is due two weeks following service of Defendant's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.
Dated:  December 5, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge