## GLENN AGRE BERGMAN & FUENTES ▶

Reid Skibell
rskibell@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2025

December 12, 2025

VIA ECF
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *SGD Pharma Packaging, Inc. v. Nadir Lahmeur*, No. 1:25-cv-5869-GW

Dear Judge Woods,

The parties to the above-captioned case write jointly, pursuant to Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases, to request an extension of time to file the following documents, both of which are currently due on December 15, 2025: (i) Plaintiff's motion for an anti-suit injunction (*see* ECF 35), and (ii) Defendant's response to the amended complaint (ECF 36). The parties request to file these documents on or before December 22, 2025. With regard to Plaintiff's motion, the parties request that Defendant's response be due on January 22, 2026, with Plaintiff's reply due two weeks after that.

The parties request these extensions because they are working to finalize potential settlement terms, which would eliminate the parties' need to file these motions. This request comes less than two business days before these deadlines because of a settlement negotiation breakthrough that took place just this week. This is the second request for an extension of time concerning these filings. As this is a joint request, all parties consent to the request.

The parties thank the Court for its consideration of this request.

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com

December 12, 2025
Page 2

**GLENN AGRE BERGMAN & FUENTES**

Respectfully submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

By: */s/ L. Reid Skibell, Esq.*
    L. Reid Skibell, Esq.
    1185 Avenue of the Americas
    22nd Floor
    New York, New York 10036
    T: 212-358-5600
    E: rskibell@glennagre.com

    *Counsel for Plaintiff*
    *SGD Pharma Packaging, Inc.*

**MENKEN SIMPSON & ROZGER LLP**

By: */s/ Scott Simpson, Esq.*
    Scott Simpson, Esq.
    225 Broadway, Suite 920
    New York, New York 10007
    T: 212-509-1616
    E: ssimpson@nyemployeelaw.com

    *Counsel for Defendant Nadir Lahmeur*

Application granted. The deadlines for Plaintiff's motion for an anti-suit injunction and Defendant's response to the amended complaint are extended to December 22, 2025. Defendant's response to Plaintiff's motion must be filed no later than January 22, 2026. Plaintiff's reply, if any, must be filed by February 5, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.
Dated: December 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge